# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA ex rel.
LORI L. THEMMES and ALMA THOMMA,

      Plaintiffs,

      v.                            Case No. 04-C-700

HAMILTON ENTERPRISES, INC. d/b/a
QUINTRON INSTRUMENT COMPANY,

      Defendant.

## ORDER

On June 30, 2005, the plaintiff filed its second motion for an extension of time in which to file an amended complaint in this matter. On July 1, 2005, the defendant filed a brief in opposition to the plaintiff's request for an extension of time. On July 15, 2005, the plaintiff filed a reply brief and two affidavits in support of its motion for an extension of time. The plaintiff's motion for an extension of time is still pending.

On August 19, 2005, the plaintiff filed a motion to withdraw its reply brief and one of the affidavits (the affidavit of Thomas D. Miller) that had been filed along with the reply brief. The plaintiff has also moved the court for an order allowing it to file an amended reply brief and accompanying materials instanter. The plaintiff's motion to withdraw its reply brief (Dkt. 31) and the Thomas D. Miller affidavit (Dkt. 33) and to file its amended reply brief and accompanying materials instanter will be granted.

**NOW THEREFORE IT IS ORDERED** that the "Plaintiffs' Motion to Withdraw Affidavit

and Plaintiffs' Reply to Defendant's Response in Opposition to Motion to Extend the Time in Which to File an Amended Complaint and to File an Amended Reply Brief Instanter" be and hereby is **GRANTED**.

      **SO ORDERED** this <u>22nd</u> day of August 2005, at Milwaukee, Wisconsin.

<u>/s/ William E. Callahan, Jr.</u>
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge